UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**OWEN McPEEK**                                                                                          **PLAINTIFF**

**V.**                                                              **CIVIL ACTION NO. 1:06CV492 LTS-RHW**

**JIMMY TAYLOR and**
**STATE FARM FIRE and CASUALTY COMPANY**                              **DEFENDANT**

## ORDER GRANTING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day entered, it is

**ORDERED**

That the plaintiff's motion to remand [2] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Harrison County, Mississippi;

The motion of Defendant James Taylor to dismiss the complaint [7] is hereby **DENIED WITHOUT PREJUDICE** to the right of Defendant James Taylor to refile his motion following remand;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 31st day of July, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge